**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| **MICHAEL and ANN RAMBASEK, as parents and best friends of CLAIRE RAMBASEK,** ) ) ) ) ) | **Case No.:** **HON:** |
| Plaintiffs ) | |
| vs. ) | |
| **TRINITY HIGH SCHOOL and Rose Crnkovich, Amy Gallie, Rachel Behren, and Laura Curley in their official and individual capacities**, ) ) ) ) ) ) | |
| Defendants ) | |

### VERFIED COMPLAINT

Now come the plaintiffs, by and through their attorney, Steven E. Glink, and complaining against the defendants, state as follows.

### STATEMENT OF THE CASE

This is the sad case of an enterprising young lady, Claire Rambasek, who was enrolled at Trinity High School's International Baccalaureate (IB) program. Claire had some disabilities and became temporarily ill while in the IB program. Instead of adhering to the promises they made to the IB program to accommodate IB students with disabilities, the defendant refused to provide Claire with reasonable accommodations and unilaterally removed Claire from the IB program.

This case is brought under the Americans with Disabilities Act which the defendant voluntarily agreed to when it agreed with the IB program to offer Trinity students the opportunity to participate in IB services and programs.

The plaintiffs also allege pendent state claims of breach of contract and intentional infliction of severe emotional distress.

## JURISDICTION

1. This action is brought pursuant to the Americans with Disabilities Act, 42 USC 12101, et seq.

2. Jurisdiction is proper pursuant to 28 USC 1331

3. Venue is proper pursuant to 28 USC 1392.

4. The defendants' principal place of business is in River Forest, Cook County, Illinois.

5. All material acts related to this incident occurred in Cook County Illinois.

## THE PARTIES

6. Plaintiffs are all citizens of the United States and currently residents of Wheaton, Illinois.

7. Claire was a 17-year-old girl when she was unilaterally removed from the IB program at Trinity HS.

8. Michael is Claire's biological father. Ann is Claire's biological mother.

9. Trinity High School THS) is a private parochial school operated under the auspices of the Archdiocese of Chicago and located in River Forest, Cook County Illinois.

10. At all times relevant to this complaint, Rose Crnkovich was employed by THS as the school's IB Coordinator / English Teacher.

11. At all times relevant to this complaint, Amy Gallie was employed by THS as the school's Principal.

12. At all times relevant to this complaint, Rachel Behren was employed by THS as the school's Assistant Principal.

13. At all times relevant to this complaint, Laura Curley served as THS's President.

## COUNT I- DISPARATE TREATMENT

14. THS offered Claire admission to its school on or about the Spring of 2021

15. Claire's parents accepted THS's offer, signed an enrollment contract and paid a tuition fee as consideration for their acceptance of THS's offer of enrollment.

16. THS offers it students the opportunity to enroll in the International Bachelorette Program ("IB Program"). Claire and her parents signed a separate IB agreement and paid extra IB fees.

17. The IB program is a separate and privately owned and operated entity that strives to facilitate educational services to various students across the United States and the world through member schools.

18. In order to be able to offer its students the opportunity to participate in the IB program, THS is required to accept and adopt the rules and policies of the IB program See exhibit A, which is attached hereto).

19. The IB Program's rules require its member schools to accommodate students with disabilities and to provide the students with every opportunity to succeed (a copy of the IB Program's access and inclusion policy is attached hereto as exhibit B).

20. THS policies and the IB Program's rules also require its member schools to allow ill students to make up work missed due to illness.

21. Claire enrolled in pre IB courses at THS as a freshman and migrated into the full IB diploma candidate program prior to her junior year at THS.

22. Claire met all of the academic requirements of THS and the IB program from August 2021 to December 2024

23. On or about 9/3/24, Claire was hospitalized at Linden Oaks hospital for various mental health issues. Claire remained in patient at Linden Oaks until 9/7/24. Claire was then enrolled in a PHP program from Compass Health from 9/10/24-11/20/24.

24. Claire was diagnosed with mono in mid-November 2024. She then returned to attendance at THS in December 2024 where upon she was diagnosed with influenza A and Norovirus Claire was medically excused from the school by THS officials because she was contagious.

25. In December of 2023, the parents met with the THS Administration to inform them of Claire's illness and allergies (EOE, Depression, Anxiety) and to ask for accommodations. The defendants refused to provide Claire with any accommodations that supported Claire's needs.

26. After refusing to provide Claire with appropriate accommodations, the defendants involuntarily removed Claire from the IB program on January 16, 2025

27. Claire has a record of having various legally recognized disabilities.

28. Claire is regarded as having a legally recognized disability.

29. Claire's disabilities substantially limit her in her ability to learn and think.

30. Claire is a qualified individual with a disability as defined by the ADA.

31. Defendants had actual knowledge of Claire's disabilities at all time relevant to this complaint.

32. Despite Claire's disabilities and substantial limitations, she was able to perform the essential functions of the IB Program as well as THS.

33. By agreeing to the terms and conditions of being a member school for the IB program, defendants agreed to provide reasonable accommodations to its students under the ADA.

34. Defendants' refusal to provide Claire with any reasonable accommodations is a violation of the ADA.

35. On information and belief, THS has provided DA accommodations to other students in the past.

36. As a direct and proximate result of defendants' refusal to provide reasonable accommodations, Claire has been damaged financially and emotionally.

WHEREFORE, plaintiffs respectfully pray that this Honorable Court enter the following Order:

A.  Judgment, jointly and severally against all defendants in favor of plaintiffs to pay the plaintiffs in excess of $75,000.00 as damages for defendants' actions;

B.  Defendants are ordered to reimburse plaintiffs for their reasonable attorney's fees as determined by the Court;

C.  Any other Order as the Court deems just.

## COUNT II-FAILURE TO ACCOMMODATE

37.  Plaintiffs realllege their allegations in paragraphs 1-36 above as their allegations for this count and said allegations are hereby incorporated by reference.

38. Defendants' denial of the plaintiffs' requested accommodations is a failure to accommodate Claire's disabilities and violates Claire's rights under the ADA.

Wherefore, plaintiffs respectfully pray that this Honorable Court enter a preliminary injunction upon the defendants a judgment in their favor and against all defendants, jointly and severally in an amount in excess of $75,000.00 plus costs and reasonable attorney's fees.

## COUNT III DISPARATE IMPACT

39. Plaintiffs re-allege their allegations in paragraphs 1-38 above as their allegations for count III.

40. Defendants' actions and policies have had an extraordinarily severe impact on Claire as she is feeling very depressed at being expelled from the IB program.

WHEREFORE, Plaintiffs pray that this Honorable Court enter judgment against the defendants, jointly and severally in an amount in excess of $75,000/00 plus costs and reasonable attorney's fees.

## COUNT IV-BREACH OF CONTRACT

41. This is a pendant state claim.

42. Plaintiffs reallege their allegations in paragraphs 1-36 above as their allegations for this count and said allegations are hereby incorporated by reference.

43. Claire was a third-party beneficiary of the contract between the IB program and THS.

44. THS's refusal to provide Claire with any reasonable accommodations breached the contract between the IB program and THS.

45. As a direct and proximate cause of defendants' breach of contract, plaintiffs have sustained financial damage such as lost tuition and loss of scholarship opportunities.

WHEREFORE, plaintiffs respectfully pray that this Court enter judgement against the defendants in the amount of $100,000.00.

## COUNT V-INTENTIONAL INFLICTION OF SEVERE EMOTIONAL DISTRESS

46. This is a pendent state claim.

47. Plaintiffs reallege their allegations in paragraphs 1-36 above as their allegations for this count and said allegations are hereby incorporated by reference.

48. Defendants' actions in knowingly refusing to provide Claire with any reasonable accommodations were extreme and outrageous.

49. Plaintiffs knew or should have known that their refusal to provide Claire with any reasonable accommodations and them, expelling her from the IB Program would cause Claire to suffer severe emotional distress.

50. Defendants' actions as described above did in fact cause Claire severe emotional distress.

WHEREFORE. Plaintiffs respectfully pray that this Court enter judgement against all

defendants, jointly and severally, in an amount in excess of $150,000 plus costs.

Respectfully Submitted,

By: s/STEVEN E. GLINK

_____

STEVEN E. GLINK

LAW OFFICES OF STEVEN E. GLINK
ATTORNEY FOR PLAINTIFFS
ARDC # 6180869
250 Bristol Court
Deerfield, IL. 60015
847/480-7749 (Voice)
Email: steve@educationrights.com